# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLES N. SMITH a/k/a CHARLES ) <br> SMITH, TERESA SMITH a/k/a ) <br> THERESA SMITH a/k/a TERESSA Y. ) <br> SMITH, WILLOW CREEK FINANCIAL ) <br> GROUP, LLC assignee of Chase Bank USA, ) <br> N.A. (VISA/Mastercard), UNITED STATES ) <br> OF AMERICA, STATE OF ILLINOIS, ) <br> UNKNOWN HEIRS AND LEGATEES OF ) <br> CHARLES SMITH, if any, UNKNOWN ) <br> OWNERS, and NON-RECORD ) <br> CLAIMANTS, ) <br> ) <br> Defendants. ) | Case No. 11-CV-0313-MJR-PMF |

## ORDER

**REAGAN, District Judge:**

This cause coming to be heard on Plaintiff's Motion to Voluntarily Dismiss Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. 26), due notice having been given and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this cause is **DISMISSED,** without prejudice, as to all defendants; each party shall bear its own costs. Judgment shall enter accordingly.

**IT IS SO ORDERED.**

DATED: June 1, 2012

              s/ *Michael J. Reagan*
              MICHAEL J. REAGAN
              UNITED STATES DISTRICT JUDGE